IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 10-cv-01306-CMA-KMT

WILLIAM H. PLATTS,

    Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation,
FARMERS INSURANCE EXCHANGE, an inter-exchange company,
a California corporation, and
TERRA R. NAUGLE, individually,

    Defendants.

---

**ORDER GRANTING STIPULATION OF DISMISSAL OF
DEFENDANT TERRA R. NAUGLE, WITH PREJUDICE**

---

This matter is before the Court on the parties' Joint Stipulated Motion to Dismiss Defendant Naugle With Prejudice (Doc. # 11). The Court has reviewed the Motion and hereby ORDERS that all claims asserted by the Plaintiff against Defendant Terra R. Naugle are DISMISSED WITH PREJUDICE, each party to pay his or her own costs and attorneys fees.

    DATED: June __28__, 2010

                                                    BY THE COURT:

                                                    _____
                                                    CHRISTINE M. ARGUELLO
                                                    United States District Judge