IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-01306-CMA-KMT

WILLIAM H. PLATTS,

    Plaintiff,

v.

PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation,
FARMERS INSURANCE EXCHANGE, an inter-exchange company,
a California corporation, and
TERRA R. NAUGLE, individually,

    Defendants.

## ORDER OF REMAND

This matter is before the Court on the parties' Stipulation To Remand Case To Boulder County District Court (Doc. # 12). Pursuant to the parties' stipulation and agreement that diversity jurisdiction does not exist, the Court hereby REMANDS this action to Boulder County District Court, Colorado, for further proceedings.

    DATED: June __28__, 2010

                                                        BY THE COURT:

                                                        _____
                                                        CHRISTINE M. ARGUELLO
                                                        United States District Judge